UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TABU LEE WRIGHT,

    Plaintiff,

v.

RAYMOND TOOMBS, et al.,

    Defendants.

_____/

Case No. 1:89-cv-641

HON. JANET T. NEFF

## **ORDER**

This is a civil action.  Plaintiff filed a Motion for Contempt of Court (ECF No. 47).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 3, 2021, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 50) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Contempt of Court (ECF No. 47) is DENIED.

Dated:  March 2, 2021

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge